UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FRANGIE ESPINAL, *on behalf of herself and all other* :
*persons similarly situated*, :
:
:
Plaintiff, :
:
-v-  :  24 Civ. 8140 (JPC)
:
SEASUCKER, LLC, :  ORDER
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 19, 2025, the Court extended Defendant's time to respond to the Complaint to March 21, 2025. Dkt. 9. Defendant's deadline to respond to the Complaint has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until April 1, 2025. If Defendant once again fail to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by April 8, 2025.

SO ORDERED.

Dated: March 25, 2025
       New York, New York
                                            _____
                                                    JOHN P. CRONAN
                                                United States District Judge